# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SAVANNAH KAY OAKES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:15-cv-189-NT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 28, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the Supplemental Security Income appeal. The Plaintiff filed an objection to the Recommended Decision on January 13, 2016. The Defendant responded to the Plaintiff's objections on January 28, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. It is further **ORDERED** that the Commissioner's decision be **AFFIRMED**.

**SO ORDERED.**

/s/ Nancy Torresen
United States Chief District Judge

Dated this 8th day of March, 2016.